THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM GREEN, Petitioner, v EUGENE S. LE FEVRE, as Superintendent of the Clinton Correc-

tional Facility, Respondent.—Application for writ of habeas corpus pursuant to CPLR 7002 (subd [b], par 2) denied. The petition does not disclose a violation of petitioner's constitutional or statutory rights. Mahoney, P. J., Sweeney, Kane, Larkin and Mikoll, JJ., concur.